# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANIE FAYE BATEMAN BLACKWELL

VERSUS

BLUE FLAME GAS COMPANY OF
LA, LLC; CHARLES RAY DEDON,
SR.; AND LINDA MARIE DEDON

NO.   2022 CW 1357

**DECEMBER 28, 2022**

---

In Re:    Blue Flame Gas Company of LA, LLC, Charles Ray Dedon,
          Sr., and Linda Marie Dedon, applying for supervisory
          writs, 22nd Judicial District Court, Parish of
          Washington, No. 117005.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**STAY LIFTED; WRIT GRANTED.** The district court's December 15, 2022 judgment which granted the motion for appointment of a liquidator and appointed a liquidator is reversed. Dissolution of Blue Flame Gas Company of LA, LLC did not occur pursuant to the terms of Section 11.1 of the operating agreement. The evidence was uncontroverted that Charles Dedon, Sr. and Linda Dedon agreed to continue the business of the company within ninety days following the death of James Bateman. We find that Charles Dedon, Sr. and Linda Dedon were the remaining LLC interests following the death of James Bateman. Section 7.2 of the operating agreement provides that if an LLC Interest is transferred, the transferee shall have no rights in nor may participate in the management or operation of the business and affairs of the company, without the consent of the LLC Interests, excluding the member whose interest is assigned or transferred.

La. R.S. 12:1335 provides for judicial dissolution on application by or for a member. Plaintiff admits she is not a member of the company. Owners of an LLC, unless they are also members of the LLC or as otherwise provided in the corporate documents, cannot petition for dissolution of the LLC and liquidation of its assets, because only members of the LLC can apply to the court for judicial dissolution pursuant to La. R.S. 12:1335. See **Schauf v. Schauf**, 51,919 (La. App. 2d Cir. 4/25/18), 247 So.3d 172. The motion to appoint liquidator filed by plaintiff is denied.

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT